Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff
DIRECTV, INC.

5/25/2005

APPROVED
Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. 04-CV-03452 MJJ |
| Plaintiff, | Hon. Martin J. Jenkins |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TUONG THANG** |
| TUONG THANG, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff DIRECTV, INC. voluntarily dismisses, without prejudice, the above-captioned action as to Defendant TUONG THANG, only. Defendant TUONG THANG is the last remaining Defendant in this action. This entire action as to all remaining claims is hereby terminated in full.

DATED: November 22, 2004

Respectfully Submitted,
BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, INC.

BNFY 335177v1     1     04-CV-03452 MJJ